# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JAKYRA NELLEM**, <br><br> Plaintiff, <br> vs. <br><br> **RICH PRODUCTS CORPORATION,** a Delaware corporation, <br><br> Defendant. | Case No.: 1:23-cv-01706 <br><br> Honorable John F. Kness |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jakyra Nellem, by and through her undersigned counsel, submits her Notice of Voluntary Dismissal, with prejudice, each party to bear her/its own costs.

Dated: April 19, 2023  *Respectfully submitted,*

**JAKYRA NELLEM**

*/s/ Rusty A. Payton*
Rusty A. Payton
DC Law, PLLC
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
(773) 682-5210
rusty@chicagojustice.law

*One of the Attorneys for Plaintiff*