**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jakyra Nellem

                            Plaintiff,

v.                                                Case No.: 1:23−cv−01706
                                                         Honorable John F. Kness

Rich Products Corporation

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 19, 2023:

      MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a Notice of Voluntary Dismissal [8]. Because the Notice was filed before the opposing party served either an answer or a motion for summary judgment, the case is dismissed by operation of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the courtquot;). Consistent with the terms of the Notice, this dismissal is with prejudice. Each party is to bear its own fees and costs. The hearing set for 6/5/2023 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.